■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERIBERTO SOLER, Appellant. [12 NYS3d 899]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Cyrulnik, J.), imposed August 7, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was exces-

sive (*see People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Arteev*, 120 AD3d 1255 [2014]). Eng, P.J., Skelos, Roman and Maltese, JJ., concur.